# United States Court of Appeals
## For the First Circuit

No. 01-1411

PAUL NYER,

Appellant,

v.

WINTERTHUR INTERNATIONAL,

Appellee.

---

ISMAR HOCHEN, AS ADMINISTRATOR OF THE ESTATE OF ISMAEL HOCHEN;
RICHARD DUFAULT; CHRISTINE DUFAULT, INDIVIDUALLY AND AS MOTHER AND
NEXT FRIEND OF RICHARD DUFAULT, JR.; LEAH DUFAULT,

Plaintiffs,

v.

BOBST GROUP, INC.,

Defendant.

---

ERRATA

The opinion of this court issued May 16, 2002, should be amended
as follows:

On page 3, line 23, replace "defendants" with "plaintiffs".